Nov. Term, 1858.

LINVILLE
v.
GOLDING.

---

## LINVILLE v. GOLDING.

Thursday, December 16.

APPEAL from the *Shelby* Court of Common Pleas.

*Per Curiam.*—Counsel for appellant present but one

point, which is upon the ruling of the Court on a motion, &c., to continue. The affidavit presented appears to be in accordance with the provision of the statute, § 322, 2 R. S. p. 108. Upon that affidavit a continuance should have been granted.

Nov. Term, 1858.

THE MADI-SON, &C., RAILRO'D Co. v. KANE.

The record states that the continuance was refused on the counter-affidavit of the plaintiff. Counter-affidavits should not have been received.

The judgment is reversed with costs.

*M. M. Ray* and *T. A. McFarland*, for the appellant.

